UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA MURRY

   Plaintiff,

v.              Case No. 06-12190
                Hon. Sean F. Cox

DAIMLER CHRYSLER CORPORATION,

   Defendant.

_____

## ORDER

  This matter is before the Court on Plaintiff's Motion for reconsideration.  Plaintiff seeks

reconsideration of the Court's Order Denying Plaintiff's Motion for leave to file a Second

Amended Complaint entered November 8, 2006 [Doc.36].  Plaintiff sought to amend her

complaint to state a national class action claim against Defendant.

  (g) Motions for Rehearing or Reconsideration.

* * *
(3) Grounds.  Generally, and without restricting the court's discretion, the court will not grant
motions for rehearing or reconsideration that merely present the same issues ruled upon by the
court, either expressly or by reasonable implication.  The movant must not only demonstrate a
palpable defect by which the court and the parties have been misled but also show that correcting
the defect will result in a different disposition of the case.

E.D. Mich. LR 7.1(g).

  Plaintiff contends that the Court misunderstood her argument, but does not present any

issues not raised in her previous motion.  Having reviewed Plaintiff's Motion and Defendant's

Response, Plaintiff fails to demonstrate a palpable defect the correction of which would require a

1

different disposition of the case.

   Accordingly, Plaintiff's Motion for reconsideration is **DENIED**.  Additionally, Plaintiff's

Motion for leave to file a reply to Defendant's Response is **DENIED**.

   **IT IS SO ORDERED.**

          **S/Sean F. Cox**       
          **Sean F. Cox**
          **United States District Judge**

**Dated:  December 26, 2006**

**I hereby certify that a copy of the foregoing document was served upon counsel of record
on December 26, 2006, by electronic and/or ordinary mail.**

          **S/Jennifer Hernandez**     
          **Case Manager**